UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOSEPH ROBERT WATKINS | ) | Case No.: 10-33940 |
| and | ) | |
| LAURIE ANN WATKINS | ) | |
| Debtor(s) | ) | Chapter 13 |
| _____ | ) | |

## OBJECTION TO DUPLICATE CLAIM

Come the debtors, by counsel, and object to the proof of claim filed by HSBC Bank Nevada, N.A. Bass & Associates, P.C. (Claim #35) on November 24, 2010.

In support of their objection, the debtors state that HSBC Bank Nevada, N.A. Bass & Associates, P.C. properly filed a proof of claim, Claim #34, on November 19, 2010 in the amount of $1,092.34 for an unsecured debt. Then, on November 24, 2010, HSBC Bank Nevada, N.A. Bass & Associates, P.C. filed a duplicate claim (Claim #35) for the same amount and the same account.

Wherefore, the debtors pray that HSBC Bank Nevada, N.A. Bass & Associates, P.C. (Claim #35) filed on November 24, 2010, be struck from the record as a duplicate claim

Respectfully Submitted,

*s/ Monica Meredith Robinson*
Monica Meredith Robinson
Attorney for Debtors
147 Combs Court
P.O. Box 14
Shepherdsville, KY 40165
(502) 543-9559/957-3664

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was this 28th day of December, 2010, forwarded by electronic mail, if available, or by first class mail to: Hon. William W. Lawrence, Trustee, at 310 Legal Arts Bldg., 200 South Seventh Street, Louisville, Kentucky 40202; TIC, Inc., HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste 200, Tucson, AZ 85712 and Joseph & Laurie Watkins, 191 Locust Drive, Taylorsville, KY 40071.

*s/ Monica Meredith Robinson*
Monica Meredith Robinson

K:\MMR\Bankruptcy\2010\W\Watkins.Joseph.Laurie.Objection.to.Duplicate.Claim.120610.wpd